ORIGINAL

KENJI M. PRICE #10523
United States Attorney
District of Hawaii

MICHAEL NAMMAR
Assistant United States Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Fax: (808) 541-2958
E-Mail: michael.nammar@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. CR19 00122SOM |
| Plaintiff, | INFORMATION |
| vs. | [18 U.S.C. § 371] |
| ROBERT STAY, (01) <br> ADEN STAY, (02) | |
| Defendants. | |

## INFORMATION

The United States Attorney charges:

## Conspiracy

### Introductory Allegations

At all times relevant to this Information:

1. Defendants ROBERT STAY (R. STAY) and ADEN STAY (A. STAY) operated a construction company in Hawaii--Stay and Sons, Inc. (Stay and Sons). At various times, Stay and Sons conducted business under other names, to include: NSC Construction, North Shore Cartel, Stay and Sons Equipment Rental and Service, and North Shore Construction Equipment Services.

2. The Internal Revenue Service ("IRS") was an agency of the United States Department of Treasury. The IRS had responsibility for the assessment, ascertainment, computation and collection of federal income taxes, including individual income taxes.

### The Conspiracy

From a precise date unknown, but by at least January 2006, and continuing to in or about November 2014, within the District of Hawaii and elsewhere, ROBERT STAY and ADEN STAY, the defendants, did knowingly conspire with each other to defraud the United States for the purpose of impeding, impairing, obstructing and defeating the lawful governmental functions of the IRS in the

ascertainment, computation, assessment, and collection of revenue, namely, income taxes.

Manner and Means of the Conspiracy

During the conspiracy, the defendants concealed funds and income from the IRS. The defendants did so by, among other things: (1) filing false federal income tax returns for R. STAY, (2) structuring cash withdrawals from bank accounts to avoid reporting the cash withdrawals to the IRS, (3) submitting false information to the IRS related to an audit, (4) submitting false information to the IRS related to payment plans, and (5) submitting false Form W-4s to the IRS.

As a result of the conspiracy, R. STAY and A. STAY caused the IRS to fail to collect at least $3,000,000 in income tax payments.

Overt Acts

In furtherance of the conspiracy and to effect the objects thereof, R. STAY and A. STAY committed various overt acts, including the following:

1. On or about January 23-26, 2006, R. STAY and A. STAY conducted eight cash withdrawals from the Bank of Hawaii in a manner to prevent the filing of a Cash Transcript Report.

2. On or about March 18, 2008, A. STAY submitted a false Form W-4 to the IRS.

3. On or about December 12, 2011, R. STAY submitted false tax returns to the IRS for tax years 2009 and 2010.

4. On or about June 15, 2012, A. STAY submitted a signed statement to the IRS to substantiate false business expenses reported by R. STAY on R. STAY's false 2008 tax return.

5. On or about May 13, 2013, R. STAY submitted a false tax return to the IRS for tax year 2011.

6. On or about November 3-5, 2014, R. STAY and A. STAY conducted three cash withdrawals from the Bank of Hawaii in a manner to prevent the filing of a Cash Transcript Report.

All in violation of Title 18, United States Code, Section 371.

DATED: September 4th, 2019, Honolulu, Hawaii.

_____
KENJI M. PRICE
United States Attorney
District of Hawaii

_____
MICHAEL NAMMAR
Assistant United States Attorney

United States v. Robert Stay and Aden Stay
Information
Cr. No.